UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GRAJEDA, | 1:06-cv-01709-LJO-TAG-(HC) |
| Petitioner, | |
| v. | ORDER REQUIRING PETITIONER TO INFORM THE COURT WHETHER HE WILL CONSENT TO JURISDICTION OF THE MAGISTRATE JUDGE |
| RICHARD KIRKLAND, | |
| Respondent. | |

_____/

Petitioner is a state prisoner proceeding pro se with a habeas corpus action pursuant to 28 U.S.C. § 2254.

On November 28, 2006, the Clerk of the Court mailed a consent/decline form to Petitioner, with information and instructions for informing the Court whether he would consent to Magistrate Judge jurisdiction. Petitioner has not returned the consent/decline form.

Accordingly, Petitioner is ORDERED to tell the Court whether he will consent to Magistrate Judge Jurisdiction. Petitioner must complete and return the consent/decline form within thirty (30) days. Failure to follow this order will result in a recommendation that this action be dismissed pursuant to Local Rule 11-110.

The Clerk of the Court is DIRECTED to send to Petitioner another copy of the consent/decline form and the instructions for consent to Magistrate Judge jurisdiction.

IT IS SO ORDERED.

Dated: __March 5, 2008__ _____
_____                                    **/s/ Theresa A. Goldner**
UNITED STATES MAGISTRATE JUDGE