# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GRAJEDA, <br> Petitioner, <br><br> v. <br><br><br> RICHARD KIRKLAND, Warden, <br> Respondent. <br> _____ | 1:06-CV-01709-LJO-TAG HC <br><br> ORDER GRANTING EXTENSION OF TIME TO FILE APPELLANT'S TRAVERSE <br> (Document No. 11) |

**FOR GOOD CAUSE** appearing, **IT IS HEREBY ORDERED** that Petitioner is granted until and including April 21, 2008 in which to file petitioner's Traverse/Reply to respondent's Answer to the Petition for Writ of Habeas Corpus.

IT IS SO ORDERED.

Dated:  **March 18, 2008**                                              /s/ Theresa A. Goldner
                                                                                    UNITED STATES MAGISTRATE JUDGE