UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS GRAJEDA, | ) | 1:06-cv-01709-JMD-HC |
| | ) | |
| Petitioner, | ) | SUPPLEMENTAL ORDER SETTING DEADLINE FOR PRODUCTION OF RECORDS BY RESPONDENT |
| v. | ) | |
| RICHARD KIRKLAND, | ) | |
| | ) | |
| Respondent. | ) | PRODUCTION DUE IN FOURTEEN DAYS |

On April 7, 2009, the Court ordered Respondent to produce the personnel files of Officers Roper and Montgomery, under seal, so that the Court may conduct an *in camera* review. Over thirty days have passed and Respondent has failed to respond to the Court's April 7, 2009 order.

Accordingly, IT IS HEREBY ORDERED that:

1) Respondent shall produce the personnel files of Officers John Montgomery and Russell Roper within 14 days from the date of this order;

2) Failure to produce the records with 14 days from the date of this order may result in the imposition of appropriate sanctions pursuant to Federal Rule of Civil Procedure 37(b)(2) and Local Rule 11-110.

IT IS SO ORDERED.

**Dated:   May 12, 2009**              /s/ John M. Dixon
                                                            UNITED STATES MAGISTRATE JUDGE