UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS GRAJEDA, | ) | 1:06-cv-01709-JMD-HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | REQUEST FOR A CERTIFICATE OF |
| v. | ) | APPEALABILITY |
| | ) | |
| RICHARD KIRKLAND, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner Thomas Grajeda ("Petitioner") is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner filed the instant petition for writ of habeas corpus ion November 27, 2006, and consented to Magistrate Jurisdiction pursuant to  28 U.S.C. § 636(c)(1) on March 6, 2008.  (Doc. 10).  On June 16, 2009, the Court denied the petition with prejudice and declined to issue a certificate of appealability. (Doc. 24).  Currently before the Court is Petitioner's request for a certificate of appealability ("request"). (Doc. 27).

Petitioner's request does not raise any arguments that were not fully addressed in the order denying the petition with prejudice.  Rather, the request simply asks the Court to issue a certificate of appealability with respect to each claim advanced by the petition.  As noted in the order denying the petition, Petitioner has not made the required substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253 (c)(2).

///

///

1    Because reasonable jurists would not find the Court's determination that Petitioner is not entitled to

2    federal habeas corpus relief debatable, wrong, or deserving of encouragement to proceed further,

3    Petitioner's motion for a certificate of appealability is DENIED. <u>Miller-El v. Cockrell</u>, 123 S.Ct.

4    1029, 1039 (2003).

5

6

7

8

9                                     **IT IS SO ORDERED.**

10          **Dated:**    **July 8, 2009**              **/s/ John M. Dixon**
                                          **UNITED STATES MAGISTRATE JUDGE**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28