UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GRAJEDA,<br><br>    Petitioner,<br><br>v.<br><br>RICHARD KIRKLAND,<br><br>    Respondent. | 1:06-cv-01709-JMD-HC<br><br>ORDER GRANTING PETITIONER'S REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL |

    Petitioner Thomas Grajeda ("Petitioner") is a state prisoner proceeding *pro se* with an appeal of the denial, by the United States District Court, of his petition for writ of habeas corpus to the Ninth Circuit Court of Appeals.

    On November 9, 2009, Petitioner filed an application to proceed in forma pauperis on appeal. (Doc. 30). Examination of the documents appended to Petitioner's application reveals that Petitioner is unable to afford the costs of the appeal. *See* Rule 24(a)(1), Federal Rules of Appellate Procedure; 28 U.S.C. § 1915.

    Accordingly, Petitioner's application to proceed in forma pauperis on appeal is GRANTED.

**IT IS SO ORDERED.**

**Dated:**   **November 16, 2009**         /s/ John M. Dixon
                                                    **UNITED STATES MAGISTRATE JUDGE**